**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-23216-UU

RELATED ISG REALTY, LLC,

    Plaintiff,

v.

RELATED INTERNATIONAL
REALTY, LLC, PEDRO GONZALEZ, and
JEFFREY GLICKMAN,

    Defendants.
_____/

RELATED INTERNATIONAL
REALTY, LLC and PEDRO GONZALEZ,

    Counter-Plaintiffs,

v.

RELATED ISG REALTY, LLC, ALEX VIDAL,
and OLGA MENA,

    Counter-Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court upon Counter-Defendant Olga Mena's Amended Motion for Attorneys' Fees (the "Amended Motion"). D.E. 93. Chief United States Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (the "R&R") on February 25, 2021, recommending that the Amended Motion be denied. D.E. 96. Counter-Defendant timely filed an objection to the R&R. D.E. 97. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

In the Amended Motion, Plaintiff seeks to recover attorneys' fees pursuant to 18 U.S.C. § 1836(b)(3)(D), § 688.006, Fla. Stat., and § 772.11, Fla. Stat.  D.E. 93.  In the R&R, Magistrate Judge O'Sullivan recommends that the Amended Motion be denied, finding that Counter-Defendant "fails to provide any authority or evidence demonstrating that the counter-plaintiffs' claims against [Counter-Defendant] were brought in bad faith or without factual or legal support."  D.E. 96.  Magistrate Judge O'Sullivan correctly explains that "[e]ntitlement to fees under any of the statutes cited by [Counter-Defendant] requires [Counter-Defendant] to demonstrate that the counter-plaintiffs' claim was 'made in bad faith' or without substantial legal or factual support.'"  *Id*.

Plaintiff objects to the R&R, explaining that the Amended Motion "was inadvertently cut-off upon filing, and [Counter-Defendant's] argument referencing the bad faith and lack of substantial factual support for the Counterclaim was mistakenly left out."  D.E. 97.  Counter-Defendant explains that she previously made these arguments in her Reply to Counter-Plaintiff's Response in Opposition to Motion for Attorneys' Fees, or in the Alternative, Motion for Leave to Amend (D.E. 83), but that counsel for Counter-Defendant "inadvertent[ly] fail[ed] to include the complete argument seeking attorneys' fees on [Counter-Defendant's] behalf."  *Id*.  But Counter-Defendant fails to offer any legal authority or evidence to support her position that Counter-Plaintiffs' claims were brought in bad faith.  Instead, Counter-Defendant provides only an unsubstantiated narrative of her interpretation of the underlying facts.  Counter-Defendant already has had one opportunity to remedy a deficient motion for attorneys' fees.  The Court will not provide Counter-Defendant with yet another bite at the apple without any supporting authority or evidence to demonstrate Counter-Plaintiffs' alleged bad faith.  Therefore, after a thorough review

of the record and the Report, the undersigned agrees with Magistrate Judge O'Sullivan's recommendation in all respects. Accordingly, it is

ORDERED AND ADJUDGED that the R&R (D.E. 96) is ADOPTED, RATIFIED, AND AFFIRMED. Plaintiff's Amended Motion (D.E. 93) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st__ day of March, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record